Jennifer Dunn, Esq.
*Pro Hac Vice* Attorney for Plaintiff
MA Bar ID. 667726
Dunn Law, PLLC
890 Winter Street, Suite 230
Waltham, MA 02451
Phone: 781-478-7081
Fax: 781-478-7406
jdunn@dunnlawfirmpllc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE AFTON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:24-cv-01514-CKD |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of the | ) **STIPULATION FOR ALLOWANCE OF** |
| Social Security Administration, | ) **FEES AND COSTS UNDER THE EQUAL** |
| | ) **ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412** |
| Defendant. | ) **ORDER** |
| | ) |

Plaintiff and Defendant, the Commissioner of Social Security, hereby agree and stipulate that Plaintiff shall be awarded attorney fees in the amount of **$6,235.00** (six-thousand two-hundred thirty-five dollars and zero cents) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).  Such award is made in full and final satisfaction (upon payment) of any and all claims under the EAJA for fees, expenses, and costs.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Jennifer Dunn (Counsel).  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the

assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Counsel. Payments may be made by electronic fund transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Dunn Law, PLLC, may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

PHILLIP A. TALBERT[1]
United States Attorney,

/s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney
Office of Program Litigation
Attorneys for Defendant

For the Plaintiff,

/s/ Jennifer L. Dunn
JENNIFER L. DUNN
*Pro Hac Vice* Counsel for the Plaintiff

Dated: October 28, 2024

---

[1] Defendant's counsel, Special Assistant United States Attorney, consented to Plaintiff's Attorney signing on their behalf, as authorized via e-mail on October 28, 2024.

**ORDER**

The parties' stipulation (ECF No. 19) is GRANTED.  Plaintiff shall be awarded attorney fees in the amount of $6,235.00 (six-thousand two-hundred thirty-five dollars and zero cents) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0) under 28 U.S.C. § 1920, subject to the terms and conditions of the stipulation. SO ORDERED.

Dated:  October 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE